7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Aaron Lavoisier Roberts
*Debtor*

*Bankruptcy Case No.*
12–40364–abf7

**Amy Faber**
    Plaintiff(s)

*Adversary Case No.*
12–04157–abf

v.

**Aaron Lavoisier Roberts**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

**IT IS ORDERED AND ADJUDGED**: Judgment is hereby entered in favor Defendant Aaron Lavoisier Roberts on Count I of the First Amended Complaint. IT IS FURTHER ORDERED AND ADJUDGED, that judgment is entered in favor of Plaintiff Ann Faber, and against Defendant Aaron Lavoisier Roberts, in the amount of $10,706.95 in child support, plus $6,000 in attorney's fees, on Count II of the First Amended Complaint, with such debt being nondischargeable pursuant to ll U.S.C. Section 523(a)(5).

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 1/25/13

Court to serve